# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# (BROOKLYN)

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION | No: 1:22-md-3044-NGG-MMH <br><br> **MDL No. 3044** <br><br> Judge Nicholas G. Garaufis <br><br> Magistrate Judge Marcia M. Henry |

*This Document Relates To:*

All Cases

---

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

This matter came before the Court upon the Motion for Withdrawal of Counsel filed by Bowman and Brooke LLP. The Court, having reviewed the Motion, together with the court file and applicable case law, and having been apprised of Defendants' consent to the requested withdrawal, ORDERS as follows:

1. Bowman and Brooke LLP's Motion for Withdrawal of Counsel is GRANTED.

2. The law firm of Bowman and Brooke LLP is permitted to withdraw as counsel of record for Defendants Exactech, Inc., and Exactech U.S., Inc. and are relieved of any and all further duties and responsibilities for Defendants in MDL No. 3044 or any underlying matter transferred into MDL No. 3044.

3. Sean J. Powell, Esq., and Michael J. Kanute, Esq., and the law firm of Faegre Drinker Biddle and Reath LLP, who have previously appeared in this matter, shall be considered counsel of record for Defendants.

Dated: March 7, 2023

Marcia M. Henry
United States Magistrate Judge